for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Fred S. LeBlanc,* Attorney General of Louisiana, and *Mr. E. Leland Richardson* for petitioners in No. 89. *Messrs. Tom J. McGrath, Welly K. Hopkins* and *James W. Haley* for petitioners in No. 132. *Solicitor General Fahy, Assistant Attorney General Shea, Messrs. Paul A. Sweeney, Jerome H. Simonds* and *Charles V. Shannon* for the Federal Power Commission. *William F. Barry,* Solicitor General of Tennessee, for the State of Tennessee, and *Messrs. T. A. McEachern, Jr., Charles C. Crabtree* and *Hamilton E. Little* for the Memphis Natural Gas Co. et al., respondents in No. 89. Reported below: 148 F. 2d 746.

No. 90. PARKER *v.* PARKER. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Robert E. Lynch* for petitioner.

No. 91. ELLIS, DOING BUSINESS AS GENERAL EXPORT Co., *v.* DE LA RAMA STEAMSHIP Co., INC. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George Olshausen* for petitioner. *Mr. Frank J. Foley* for respondent.

No. 94. HAMBURGER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward S. Reid, Jr.* for petitioners. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Mrs. Muriel S. Paul* for respondent.